UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>Plaintiff,<br><br>v.<br><br>CLARK E. DUCART, et al.,<br><br>Defendants. | No. 2:19-cv-1989 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with a civil rights action under 42 U.S.C. § 1983. On September 18, 2019, defendants filed a motion to dismiss. (ECF No. 11.) On October 2, plaintiff filed an opposition. (ECF No. 18.) On November 5, defendants noticed the motion for hearing on January 31, 2020 before the undersigned.

On or before January 10, 2020, defendants shall file any reply brief to plaintiff's opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated: November 6, 2019

DLB:9/DB/prisoner-civil rights/rico1989.mtd reply

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1