| | |
|---|---|
| Rob Bonta, State Bar No. 202668<br>Attorney General of California<br>William C. Kwong, State Bar No. 168010<br>Supervising Deputy Attorney General<br>Jeffrey T. Fisher, State Bar No. 303712<br>Supervising Deputy Attorney General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3568<br> E-mail:  Jeffrey.Fisher@doj.ca.gov<br>*Attorneys for Defendants D. Bradbury,*<br>*C. Ducart, T. Melton, G. Olson, B. Ramsey,*<br>*and J. Robinson* | Shawna L. Ballard, State Bar No. 155188<br>Reichman Jorgensen Lehman & Feldberg LLP<br> 100 Marine Parkway, Suite 300<br> Redwood Shores, CA 94065<br> Telephone:  (650) 623-1401<br> E-Mail:  SBallard@reichmanjorgensen.com<br>*Attorneys for Plaintiff Jorge Rico* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE ANDRADE RICO,**<br><br>                                         Plaintiff,<br><br>         v.<br><br>**CLARK E. DUCART, et al.,**<br><br>                                         Defendants. | 2:19-cv-01989-KJM-DB (PC)<br><br>**JOINT STIPULATION AND ORDER TO LIFT STAY AND RULE ON PENDING DISMISSAL MOTION**<br><br>Judge:          Hon. Kimberly J. Mueller<br>Trial Date:   None Set<br>Action Filed: August 13, 2019 |

## STIPULATION

This lawsuit—which seeks damages for alleged harm caused by welfare checks executed using a technology called "Guard One"—was initially stayed pending a related appeal (ECF No. 41), and the Court continued that stay pending resolution of Christopher Lipsey's intervention in *Coleman v. Newsom*, No. 2:90-cv-0520-KJM-DAD (E.D. Cal.), from which the Guard One checks originated (ECF No. 47). That intervention was ultimately resolved by settlement.

The parties have conferred and mutually agree and stipulate that the Court should lift the stay in this case and resolve the dismissal motion that was pending at the time of the stay. (*See* ECF Nos. 11, 14, 18, 28, 32, 34, 37, 38, 39, 41, 42, 44, & 45.)

Plaintiff Jorge Rico notes that, if Defendants' motion to dismiss is denied, he intends to seek leave to amend to add allegations related to another term in solitary confinement from late 2020 to early 2021 (after the complaint was filed) in which he alleges the Guard One checks were

again conducted twice as often as allowed overnight; his position is that those events raise the same legal issues as the ones already briefed.

Dated:  April 29, 2023                                                  Respectfully submitted,

/s/ Shawna Ballard (as authorized on 4/29/23)
SHAWNA L. BALLARD
Reichman Jorgensen Lehman & Feldberg
*Attorneys for Plaintiff Jorge Rico*

Dated:  April 29, 2023                                                  Respectfully submitted,

ROB BONTA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General

/s/ Jeffrey Fisher
JEFFREY T. FISHER
Supervising Deputy Attorney General
*Attorneys for Defendants D. Bradbury,
C. Ducart, T. Melton, G. Olson, B. Ramsey,
and J. Robinson*

## ORDER

In light of the parties' stipulation, the stay on this matter is **LIFTED**.  As defendants note in their motion to lift the stay, ECF No. 49 at 2, the current briefs do not address the most recent legal authority and have not been supplemented for nearly two years.  The court therefore orders defendants to file a new dismissal motion no later than July 21, 2023.  The parties are directed to meet and confer about a briefing schedule and by July 21, 2023 as well file a stipulation and proposed order setting that schedule.

This order resolves ECF No. 49.

**SO ORDERED.**

Dated:  May 9, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

2