ROB BONTA, State Bar No. 202668
Attorney General of California
WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
JEFFREY T. FISHER, State Bar No. 303712
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3568
 E-mail:  Jeffrey.Fisher@doj.ca.gov
*Attorneys for Defendants D. Bradbury,*
*C. Ducart, T. Melton, G. Olson, B. Ramsey,*
*and J. Robinson*

SHAWNA L. BALLARD, State Bar No. 155188
Reichman Jorgensen Lehman & Feldberg LLP
 100 Marine Parkway, Suite 300
 Redwood Shores, CA 94065
 Telephone: (650) 623-1401
 Fax: (650) 623-1449
 Email: sballard@reichmanjorgensen.com

BRIAN C. BARAN, State Bar No. 325939
Reichman Jorgensen Lehman & Feldberg LLP
 1909 K St. NW, Suite 800
 Washington, DC 20006
 Telephone: (202) 894-7310
 Fax: (650) 623-1449
 Email: bbaran@reichmanjorgensen.com
*Attorneys for Plaintiff Jorge Rico*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JORGE ANDRADE RICO,**<br><br>Plaintiff,<br><br>v.<br><br>**CLARK E. DUCART, et al.,**<br><br>Defendants. | Case No. 2:19-cv-01989-KJM-DB (PC)<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR RENEWED MOTION TO DISMISS**<br><br>Judge:          Hon. Kimberly J. Mueller<br>Trial Date:    None Set<br>Action Filed:  August 13, 2019 |

### STIPULATION

Pursuant to the Court's May 10, 2023 Order (ECF No. 52), Plaintiff Jorge Andrade Rico and Defendants Bradbury, Ducart, Melton, Olson, Ramsey, and Robinson hereby stipulate that briefing of Defendants' renewed dismissal motion shall proceed as follows: Defendants will file their **motion** to dismiss on or before **July 21, 2023**; Plaintiff will file his **response** on or before **August 4, 2023**; Defendants will file their **reply** on or before **August 14, 2023**.

The parties further agree the Court need not hold a hearing on the motion unless, upon review of the briefs, it determines argument will aid it in resolving the motion.

1

1   Dated:  July 13, 2023                          Respectfully submitted,

2

3                                                  /s/ Brian Baran (as authorized on 7/13/2023)
                                                   BRIAN C. BARAN
4                                                  Reichman Jorgensen Lehman & Feldberg
                                                   Attorneys for Plaintiff Jorge Rico
5

6
    Dated:  July 13, 2023                          Respectfully submitted,
7
                                                   ROB BONTA
8                                                  Attorney General of California
                                                   WILLIAM C. KWONG
9                                                  Supervising Deputy Attorney General

10

11                                                 /s/ Jeffrey Fisher
                                                   JEFFREY T. FISHER
12                                                 Supervising Deputy Attorney General
                                                   Attorneys for Defendants D. Bradbury, C.
13                                                 Ducart, T. Melton, G. Olson, B. Ramsey, and
                                                   J. Robinson
14  SF2019201990/43790434.docx

15

16                                  **ORDER**

17          The Court hereby GRANTS the parties' stipulation. Defendants will file their renewed

18  dismissal motion on or before July 21, 2023. Plaintiff's response to the dismissal motion will be

19  filed on or before August 4, 2023. And Defendants' reply brief will be filed on or before

20  August 14, 2023. Unless otherwise ordered, the Court will take this renewed motion under

21  submission and resolve it on the briefing.

22          **SO ORDERED.**

23  Dated:  July 18, 2023.

24

25          _____
                CHIEF UNITED STATES DISTRICT JUDGE
26

27

28