1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Jorge Andrade Rico,                              No. 2:19-cv-01989-KJM-DB

12                        Plaintiff,                  ORDER

13        v.

14   Clark E. Ducart, et al.,

15                        Defendants.

16

17        On November 3, 2023, this court issued a minute order granting plaintiff's initial motion

18   for an extension of time.  Min. Order, ECF No. 70.  In the same order, the court directed plaintiff

19   to do the following:

20            [I]nform the court by 12/04/2023: 1) whether Plaintiff intends to
21            obtain new counsel or proceed pro se and 2) whether Plaintiff seeks
22            to file a Supplemental Opposition to Defendants' Motion to Dismiss,
23            ECF No. 55.  If Plaintiff notifies the court of his intention to file a
24            Supplemental Opposition, Plaintiff shall have an additional thirty
25            (30) days to file his Opposition.  Defendants may file a Supplemental
26            Reply within seven (7) days of any such Supplemental Opposition.

27   *Id.*

28        Plaintiff, proceeding pro se, has filed a second motion for an extension of time.  Mot.,

29   ECF No. 71.  He requests the court extend the deadline to file a supplemental opposition to

30   defendants' motion to dismiss from November 28, 2023, to December 12, 2023.  *Id.* at 1.  The

1

1   court construes the motion as a notice informing the court of plaintiff's intention to proceed pro

2   se and request to file a supplemental opposition.  In accordance with the court's prior minute

3   order, plaintiff shall have an additional 30 days to file his supplemental opposition, from the date

4   of this court's previously imposed deadline to inform the court, which was December 4, 2023.

5   Thus, plaintiff shall file his supplemental opposition by January 4, 2023.  Defendants may file a

6   supplemental reply within 7 days of any such supplemental opposition.

7          Because plaintiff is now proceeding pro se, the motion to dismiss filed at ECF No. 55 is

8   referred to the assigned magistrate judge for further proceedings.  *See* E.D. Cal. L.R. 302(c)(21).

9          This order resolves ECF No. 71.

10         IT IS SO ORDERED.

11   DATED:  November 28, 2023.

12   _____

     CHIEF UNITED STATES DISTRICT JUDGE