UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO, | No. 2:19-cv-1989 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| CLARK E. DUCART, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  Plaintiff alleges defendants violated his Eighth Amendment rights through the use of the Guard One security check system.  On February 8, 2024, this court issued findings and recommendations in which it recommended defendants' motion to dismiss be granted.  (ECF No. 75.)  Plaintiff was given fourteen days to file any objections to the findings and recommendations.  Plaintiff requests an extension of time to file objections.  (ECF No. 77.)  Plaintiff also asks the court for a copy of his opposition to defendants' motion to dismiss.  This court will grant the extension of time and, as a one-time courtesy, provide plaintiff with a copy of his opposition and supplemental opposition to the motion to dismiss.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that

1. Plaintiff's motion for an extension of time (ECF No. 76) is granted.  Plaintiff shall give any objections to the February 8, 2024 findings and recommendations to the

prison for mailing no later than March 12, 2024.  No further extensions of time will be granted.

2. The Clerk of the Court shall provide plaintiff with a copy of his opposition to the motion to dismiss (ECF No. 57) and his supplemental opposition to the motion to dismiss (ECF No. 73) along with the copy of this order.

Dated:  February 20, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/rico1989.obj eot

2