UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO, | No. 2:19-cv-01989 KJM DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CLARK DUCART, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 8, 2024, the magistrate judge filed findings and recommendation, which were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. The court has considered plaintiff's objections to the findings and recommendations and defendants' response to plaintiff's objections. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2024 (ECF No. 75) are adopted in full;

2. Defendants' motion to dismiss (ECF No. 55) is granted; and

3. The Clerk of the Court is directed to enter judgment for defendants and close this case.

DATED: April 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE